IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
__Marshall__ DIVISION

IN RE: __Kenneth Stewart__           *
       __Joye Stewart__              *     CASE NO. __09-20258__
                                     *     CHAPTER 13
DEBTOR(S)                            *

AGREED ORDER GRANTING DEBTOR(S) UNTIL __6/22/13__
TO BRING THEIR CHAPTER 13 PLAN PAYMENTS CURRENT OR
BANKRUPTCY CASE TO BE DISMISSED PURSUANT TO TRUSTEE'S
MOTION TO DISMISS WITHOUT FURTHER NOTICE OR MOTION

On this day, the Court considered the Motion to Dismiss as filed by John J. Talton; Chapter 13 Trustee, thereby requesting that the case be dismissed based upon the Debtor(s)' failure to make plan payments. The Trustee and the Debtor(s) announced that an agreement had been reached, such agreement being set forth herein. After due consideration, the Court was of the opinion that said agreement should be approved.

The parties AGREE and the Court ORDERS as follows:

1. By __6/22/13__, the following must occur:

   (a) The Chapter 13 Trustee's Office must have received all Chapter 13 plan payments that are owed through __6/22/13__ at P.O. Box 734 Tyler, Texas 75710; and

   (b) The Debtor(s) must verify the Chapter 13 Trustee's receipt of these payments; or this case will be DISMISSED pursuant to the relief sought in the Trustee's motion.

Signed on 05/22/2013

_Bill Parker_
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

Agreed:

_/s/ John J. Talton_
John J. Talton, Trustee, SBN 19629700
Lloyd T. Kraus, Staff Attorney, SBN 24066773

_/s/ Matt Tayl  5/22/13_
Debtor/Debtor(s)' Attorney

_____
Co-Debtor, if any

Agreed Order Relating to Plan Payments

COURT